IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sergio Hernandez individually and on behalf of other employees similarly situated, Plaintiff<br>v.<br>Luino, Inc. dba L'Appetito, and Christine Spatara, individually, Defendant | Case No. 1:16-cv-9261 |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), the opposing party having neither filed an Answer or a Motion for Summary Judgment, respectfully requests that the Court dismiss all causes of action against Defendants, with prejudice.

Respectfully submitted on Monday, October 31, 2016

**Valentin T. Narvaez**
Plaintiff's counsel

Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
Direct: 312-878-1302
vnarvaez@yourclg.com